## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | |
|---|---|
| **THOMAS EUGENE STURDIVANT,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **Case No. 7:09-cv–1476-CLS-JEO** |
| ) | |
| **STEPEN BRAIDLY and** ) | |
| **RANDY ESTES,** ) | |
| ) | |
| **Defendants.** ) | |

### MEMORANDUM OF OPINION AND ORDER OF TRANSFER

Plaintiff, Thomas Eugene Sturdivant, has filed a *pro se* complaint seeking to be released from prison and seeking monetary damages for time he has spent incarcerated in the Choctaw County Jail and in the state penitentiary. The plaintiff is presently incarcerated in the Bibb Correctional Facility, which is located in the Northern District of Alabama. However, he names Choctaw, Washington and Clark[e] counties court reporter Stepen Braidly (sic) and Choctaw County Probation Officer Randy Estes as defendants. Each of these counties is located in the Southern District of Alabama. As best as can be determined from the plaintiff's vague complaint, it appears he is alleging that he has been unable to obtain a transcript of a Choctaw County court hearing in which defendant Estes made false statements

about his probation status in another county and which has resulted in his being wrongfully incarcerated since March of 2007.

A civil action may generally be brought only in the judicial district (1) where at least one of the defendants resides or (2) where "a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated." 28 U.S.C. § 1391(b).  *See Jones v. Bales*, 58 F.R.D. 453 (N.D. Ga. 1972), *aff'd*, 480 F.2d 805 (5th Cir. 1973); *Daugherty v. Procunier*, 456 F.2d 97 (9th Cir. 1972).  According to the complaint, the only defendants in this action are located in the Southern District of Alabama, and it appears a substantial part of the events giving rise to the plaintiff's claims occurred in the Southern District.  Accordingly, in the interests of justice, this action is due to be transferred pursuant to 28 U.S.C. § 1404(a).  It is therefore **ORDERED** that this action be **TRANSFERRED** to the United States District Court for the Southern District of Alabama.

DONE and ORDERED this 5th day of August, 2009.

_____
United States District Judge